THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE SOLOMON, | CASE NO. C20-1599-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| WALMART, INC., a foreign corporation, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to remand this case back to King County Superior Court for the purpose of transferring this case to mandatory arbitration pursuant to Wash. Rev. Code § 7.06.020. (Dkt. No. 14.)  The parties stipulate that this case will be transferred to mandatory arbitration upon remand. Accordingly, the Court GRANTS the motion and DIRECTS the Clerk to remand this case to the King County Superior Court.

//

//

//

//

//

MINUTE ORDER
C20-1599-JCC
PAGE - 1

DATED this 12th day of October 2021.

                                                                            Ravi Subramanian
                                                                            Clerk of Court

                                                                            s/Sandra Rawski
                                                                            Deputy Clerk